404 Page Not Found Skip to main content Advanced Search Search Search A A A Judicial Branch Home Courts Supreme Court
Courts of Appeal
Superior Courts
Jury Service
About California Courts
Find My Court
FAQs Self-Help Getting Started
Small Claims
Families & Children
Divorce or Separation
Abuse & Harassment
Eviction & Housing
Name Change
Traffic
Seniors & Conservatorship
Problems With Money
Criminal Law
Civil Appeals
Self-Help Glossary Forms & Rules Browse All Forms
Rules of Court Opinions Published Opinions
Unpublished Opinions Programs Alternative Dispute Resolution (ADR)
Civics Education
Collaborative Justice Courts
Community Corrections
Community Outreach
Court Innovations?Kleps Awards
Court Interpreters (CIP)
Domestic Violence
Equal Access
Facilities
For Families and Children
JusticeCorps
Procedural Fairness
Tribal Projects Policy & Administration Chief Justice Cantil-Sakauye
Judicial Council
Administrative Office of the Courts
Branchwide Initiatives
Office of Governmental Affairs
Invitations to Comment News & Reference Newsroom
Reports & Publications
Research & Statistics
Video Library Sorry, the page you requested was not found. You may have used an outdated link or may have typed the address (URL) incorrectly. Here are some common reasons why pages were not found: Using UPPER CASE CHARACTERS - most names are in lower case. Information may have moved to a new location. You may have typed the page address incorrectly. © 2011 Judicial Council of California / Administrative Office of the Courts Site Map | Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy